# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Throsche C. Carr**                    **Docket No. 5:14-MJ-2197-1**

### Petition for Action on Probation

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Throsche C. Carr, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 1), and 18 U.S.C. § 13, assimilating N.C.G.S. 20-28(a), Driving While License Suspended, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on November 5, 2014, to 12 months probation under the conditions adopted by the court.

On May 29, 2015, a violation report was submitted to the court reporting that the defendant had failed to make any monetary payments and had failed to complete his required substance abuse assessment within 30 days as required. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As a condition of probation, the defendant was ordered to pay a $450 fine and special assessments totaling $35. On November 12, 2014, the defendant signed a payment agreement obligating him to pay $50 per month. As of this date, he has made no payments and his term of supervision is due to expire on November 4, 2015. The defendant reports he needs a two-month extension to satisfy these obligations. All other conditions have been satisfied. We are recommending that the term of probation be extended for two months to allow the defendant to pay these obligations.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The term of probation be extended for two months to the new expiration date of January 4, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.
/s/ Robert K. Britt                       /s/ Eddie J. Smith
Robert K. Britt                           Eddie J. Smith
Senior U.S. Probation Officer             U.S. Probation Officer
                                          310 Dick Street
                                          Fayetteville, NC 28301-5730
                                          Phone: 910-483-8613
                                          Executed On: October 22, 2015

### ORDER OF THE COURT

Considered and ordered this ___22___ day of ___October___, 2015 and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge