UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Throsche C. Carr                                  Docket No. 5:14-MJ-2197-1

## Petition for Action on Probation

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Throsche C. Carr, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 1), and 18 U.S.C. § 13, assimilating N.C.G.S. 20-28(a), Driving While License Suspended, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on November 5, 2014, to 12 months probation under the conditions adopted by the court.

On May 29, 2015, a violation report was submitted to the court reporting that the defendant had failed to make any monetary payments and had failed to complete his required substance abuse assessment within 30 days as required. The court agreed to continue supervision.

On October 22, 2015, the court extended the term of probation for two months to the next expiration date of January 4, 2016, to allow the defendant additional time to pay his fine and special assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As a condition of probation, the defendant was ordered to pay a $450 fine and special assessments totaling $35. On November 12, 2014, the defendant signed a payment agreement obligating him to pay $50 per month. As of this date, he has only paid $50 and his term of supervision is due to expire on January 4, 2016. The defendant reports that he had some unexpected expenses during the last two months that prevented him from paying the obligations in full. All other conditions have been satisfied. We are recommending that the term of probation be extended for an additional three months to allow the defendant to pay the remaining fine balance of $435 in full.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The term of probation be extended for three months to the new expiration date of April 4, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-483-8613 |
| | Executed On: December 28 2015 |

Throsche C. Carr
Docket No. 5:14-MJ-2197-1RBJ
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __28__ day of __December__, 2015 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge