# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Throsche C. Carr                              Docket No. 5:14-MJ-2197-1

### Petition for Action on Probation

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Throsche C. Carr, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 1), and 18 U.S.C. § 13, assimilating N.C.G.S. 20-28(a), Driving While License Suspended, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on November 5, 2014, to 12 months probation under the conditions adopted by the court.

On May 29, 2015, a violation report was submitted to the court reporting that the defendant had failed to make any monetary payments and had failed to complete his required substance abuse assessment within 30 days as required. The court agreed to continue supervision.

On October 22, 2015, the court extended the term of probation for two months to the next expiration date of January 4, 2016, to allow the defendant additional time to pay his fine and special assessment.

On December 28, 2015, the court extended the term of probation for three months to the next expiration date of April 4, 2016, to allow the defendant additional time to pay his fine.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As a condition of probation, the defendant was ordered to pay a $450 fine and special assessments totaling $35. As of this date, he has paid a total of $250 and has a current fine balance of $235. Since the last extension of probation, he has paid $200. All other conditions have been satisfied. We are recommending that the term of probation be extended for an additional two months to allow the defendant to pay the remaining fine balance of $235 in full.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The term of probation be extended for two months to the new expiration date of June 4, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-483-8613 |
| | Executed On: March 15 2016 |

Throsche C. Carr
Docket No. 5:14-MJ-2197-1RBJ
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this **16** day of **March**, 2016 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge